UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, a foreign corporation doing business in Washington,<br><br>Defendant. | No. 2:21-cv-01135-MJP<br><br>**STIPULATED MOTION AND ORDER TO REMAND** |

COMES NOW PLAINTIFF AND DEFENDANT through their undersigned attorneys and hereby stipulate as follows:

### I. STIPULATION

On or about August 2, 2021, Plaintiff Jose Perez filed a complaint for damages and declaratory relief in the King County Superior Court, Cause No. 21-2-09879-3 SEA. On August 23, 2021, United Financial Casualty Company (UFCC) filed a notice of removal on the basis of diversity of jurisdiction and the amount in controversy exceeding the jurisdictional minimum of $75,000.

On December 1, 2021, Plaintiff Jose Perez signed a stipulation waiving any entitlement to any and all amounts in excess of $75,000 in this case. The stipulation also agrees to voluntarily

1  dismiss all extra contractual claims with prejudice. These include claims for Bad Faith,
2  Negligence, violations of the Washington Consumer Protection Act, and violations of the
3  Insurance Fair Conduct Act, Accordingly, the jurisdictional threshold for federal diversity
4  jurisdiction under 28 U.S.C. § 1332 is not and will not be met. Accordingly, this matter should be
5  remanded to state court, King County Superior Court Cause No. 21-2-09879-3, for proceedings
6  consistent with this stipulation.

8       DATED this 1st day of December, 2021.

9  LETHER LAW GROUP           MYERS & COMPANY, PLLC

10 */s/ Thomas Lether*              */s/ Patrick Clifford*
   */s/ Eric J. Neal*                Patrick Clifford
11 Thomas Lether, WSBA #18089     Michael David Myers
   Eric J. Neal, WSBA #31863        Myers & Company, PLLC
12 1848 Westlake Ave N., Suite 100    1530 Eastlake Avenue East
   Seattle, WA 98109               Seattle, WA 98102
13 P: (206) 467-5444/F: (206) 467-5544   T: (206) 398-1188
   tlether@letherlaw.com            pclifford@myers-company.com
14 eneal@letherlaw.com             mmyers@myers-company.com
   *Counsel for Defendant*           *Counsel for Plaintiff*

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the amount in controversy does not exceed the jurisdictional minimum of $75,000. It is further ORDERED, ADJUDGED AND DECREED that the above-captioned matter is remanded to King County Superior Court Cause No. 21-2-09879-3 for further proceedings.

DATED this 1st day of December, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Patrick Clifford
Michael David Myers
Myers & Company, PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
T: (206) 398-1188
pclifford@myers-company.com
mmyers@myers-company.com
*Counsel for Plaintiff*

By:   ☐ **First Class Mail**      ☒ **ECF/Email**

Dated this 1st day of December, 2021 at Seattle, Washington.

*/s/ Judy Tustison*
Judy Tustison | Paralegal